FLORIDA FOOD PURVEYORS, INC., v. JAX ICE AND COLD STORAGE CO.

156 So. 916.

Division B.

Decision Filed September 19, 1934.

Petition for Rehearing Denied October 12, 1934.

*Hall & Rush* and *Stanton Walker,* for Plaintiff in Error; *George M. Powell,* for Defendant in Error.

PER CURIAM.—The judgment in this case should be affirmed on authority of the opinion and judgment in the case of Feinstone v. Allison Hospital, Inc., 106 Fla. 302, 143 Sou. 251, and it is so ordered.

Affirmed.

WHITFIELD, P. J., and BROWN and BUFORD, J. J. concur.